# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IMAGE 1 STUDIOS, LLC,**

      **Plaintiff,**

**v.**                                                 **Case No: 6:12-cv-1570-Orl-22DAB**

**KRISTINA YOUNGBLOOD,**

      **Defendant.**

## ORDER

This cause is before the Court on a Report and Recommendation (Doc. No. 5) filed on October 22, 2012.

The United States Magistrate Judge has submitted a report recommending that the matter be remanded for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 22, 2012 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby REMANDED to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida (Case No.12-CA-5486-0, Div. 43).

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Clerk, Circuit Court of the Ninth Judicial Circuit,
    in and for Orange County, Florida